UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:
MICHAEL FRANCIS MOORE            CASE NUMBER: 19-31912
LORA MICHAELE MOORE              CHAPTER 13
    Debtors

## SPECIAL ORDER CONFIRMING CHAPTER 13 PLAN

At South Bend, Indiana on April 17, 2020.

On October 16, 2019, Michael and Lora Moore, by counsel, filed the Chapter 13 Plan ("Plan").

Based on the certificate of service filed with the Plan, the Court finds that the Trustee timely served a copy of the Plan and a copy of this Court's Order fixing the last date to object to confirmation upon all creditors and parties in interest listed on the matrix.

Trustee Debra L. Miller was the only party in interest who timely filed an objection to confirmation of the Debtors' Plan. Debra L. Miller, Trustee, advises the Court of an agreement that has been reached with the Debtors, thereby satisfying the Trustee's objections to confirmation.

Reviewing the Debtors' Plan and the terms of the parties' agreements, the Court concludes that the Plan, as modified, complies with all of the requirements of 11 U.S.C. §1325. The Court therefore confirms the Plan, as modified to provide that:

1. All priority claims will be paid as allowed unless otherwise defeated.
2. All property will remain vested in the estate until dismissal, discharge, or further Order from the Court.
3. The Plan is hereby modified to pay general unsecured creditors in full.

4. The Plan payment will increase to $1249.13 effective with the April 2020 payment in order to fund the Plan in the remaining term.

5. Debtors will provide their attorney and the Trustee a copy of the federal and state tax returns required under applicable law at the same time they file the return with the taxing authority to comply with 11 U.S.C. § 521(f)(1) and turn over the required amount of refunds due under the confirmed plan within 14 days of receipt of the refund.

All other provisions of the Debtors' Plan not in conflict with the foregoing modifications remain in full force and effect.

The Court further orders that the Debtors' attorney is awarded a fee of $4,000.00 as an administrative expense under 11 U.S.C §503(b)(1)(A), of which $4,000.00 is due and payable from the estate.

APPROVED:

/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee
PO Box 11550
South Bend, IN 46634
(574) 254-1313

/s/ Daniel Matern
Attorney for Debtors
8002 Utah Street
Merrillville, IN 46410
(219) 472-8391

SO ORDERED.

_____
HARRY C. DEES, JR., BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT